UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.                                      CASE NO. 8:08-CV-2253-T-33EAJ

ROBERT M. LEVESQUE, et al.,

    Defendants.
_____/

## ORDER

Before the court are Defendant's **Motion for Enlargement of Time for Filing Motions to Compel Responses to Deposition Questions** (Dkt. 97) and Plaintiff's **Response in Opposition to Defendant's Motion for Enlargement of Time for Filing Motions to Compel Responses to Deposition Questions** (Dkt. 115).

On December 24, 2009, Defendant Andrew's Florist on 4th Street, Inc. ("Andrew's Florist") sought an enlargement of time until January 2, 2010 to file motions to compel responses to questions asked during the depositions of Allstate employees. As grounds for the enlargement of time, Defendant asserts that the depositions were scheduled one week prior to the December 24, 2009 discovery cut-off, Plaintiff raised voluminous objections during the depositions, and Defendant requires the final version of the deposition transcripts to file its motions to compel.

Plaintiff opposes the enlargement of time because Defendant opposed its motion to extend discovery to February 24, 2010. Allstate further contends that Defendant delayed taking the depositions of Allstate's employees and Defendant will gain an unfair advantage if it is permitted to file motions to compel after the discovery cut-off date.

In light of the timing of the depositions and the number of objections raised by Allstate, the

court finds good cause to grant the extension of time. Moreover, Allstate is not prejudiced by the extension of time because the court granted the parties' joint motion to extend the discovery deadline to January 25, 2010. On January 22, 2010, the court granted Allstate's motion to extend the discovery deadline to February 24, 2010.

Accordingly, and upon consideration, it is **ORDERED** that:

(1) Defendant's **Motion for Enlargement of Time for Filing Motions to Compel Responses to Deposition Questions** (Dkt. 97) is **GRANTED**.

**DONE AND ORDERED** in Tampa, Florida on this 25th day of January, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge