UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLSTATE INSURANCE COMPANY,
An Illinois Corporation,

    Petitioner,

vs.    CASE NO.: 8:08-cv-02253-VMC-EAJ

ROBERT M. LEVESQUE,
DOLORES LEVESQUE, BLANCA MICHAELS,
And ANDREW'S FLORIST on 4th STREET, INC.,
A dissolved Florida Corporation, a/k/a
ANDREW'S FLORIST ON 4th STREET
NORTH INC., and ANDREW'S on 4th ST. INC.,

    Respondents.
_____/

## RESPONDENTS' REQUEST FOR COPIES

Respondents, BLANCA MICHAELS and ANDREW'S FLORIST ON 4TH STREET, INC., by and through their undersigned attorneys, direct Petitioner, ALLSTATE INSURANCE COMPANY to provide legible copies of each and every document received pursuant to their Subpoena to Produce Documents Pursuant to Federal Rule of Civi Procedure 45 (c), (d), and (e) dated October 12, 2009 and Subpoenas Duces Tecum directed to:

- **James A. Haley Veterans Hospital**
- **Bay Pines VA Medical Center**
- **Tidewell Hospice and Palliative Care**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following was served via U.S. Mail to Michael T. Callahan, Esquire and Weslee Leigh Klinka Ferron, Esquire, Callahan & Martinez, L.L.C., 2935 First Avenue North, Second Floor, St. Petersburg, Florida 33713

and Jason Mullholland, Esquire, 13902 North Dale Mabry Highway, Suite 163, Tampa, Florida 33618 on this 27th day of October, 2009.

ELIZABETH ZWIBEL
Florida Bar No.: 193046
BRANDON CATHEY
Florida Bar No.: 941891
DALE SWOPE, ESQUIRE
Florida Bar No.: 261270
SWOPE, RODANTE P.A.
1234 E. 5th Avenue
Tampa, Florida 33605
(813) 273-0017
(813) 223-3678 Facsimile
Email:elizabethz@swoplaw.com
brandonc@swopelaw.com
dales@swopelaw.com
Attorneys For Respondents, Blanca Michaels and Andrew's Florist on 4th Street, Inc.